IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDDIE JEROME WALTON, II,

    Petitioner,

v.    CASE NO. 5:09-cv-349-RS-AK

WALTER MCNEIL,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Amended Motion for Leave to Proceed *in forma pauperis*, by Eddie Jerome Walton, II. A review of Petitioner's inmate account and the prison certification reveals that he has the funds to pay the $5.00 filing fee, in that his deposits for the last six months average more than $25.00 per month. Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed *in forma pauperis*, Document 2, is **DENIED**.

2. Petitioner shall have until **December 30, 2009**, to submit the $5.00 filing fee to the Clerk of Court.

3. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this  *30th*  day of November, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**