IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**EDDIE JEROME WALTON, II,**

    Petitioner,

v.                                    CASE NO. 5:09-cv-349-RS-GRJ

**WALTER A. MCNEIL,**

    Respondent.
_____/

**ORDER**

Before me are the Magistrate Judge's Report and Recommendation (Doc. 31) and Petitioner's Objections (Doc. 32). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Respondent's Motion to Dismiss (Doc. 23) is **GRANTED**.

3. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

4. The certificate of appealability is **DENIED**.

5. The clerk is directed to close the file.

**ORDERED** on February 8, 2012.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**